UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                  CASE NO: 2:15-cr-21-FtM-38CM

JOSE DAVID HERNANDEZ-
SANCHEZ

_____

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

The Defendant, by consent (Doc. 15), has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and Rule 6.01(c)(12), Middle District of Florida Local Rules, and has entered a plea of guilty to Count One of the Indictment.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Count one, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such Count.  I, therefore, respectfully **RECOMMEND** that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.  The parties have waived the fourteen day objection period to this Report and Recommendation Docs. 15, 16.

**DONE AND ENTERED** at Fort Myers, Florida, this 1st day of May, 2015.

*[Signature]*
CAROL MIRANDO
United States Magistrate Judge