UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                          CASE NO: 2:15-cr-21-FtM-38CM

JOSE DAVID HERNANDEZ-
SANCHEZ

_____

### ORDER

This matter comes before the Court on the Unopposed Motion to Advance
Sentencing (Doc. #26) filed on July 2, 2015.  Defense Counsel moves the Court to
advance the sentencing date currently set for August 10, 2015.  As grounds, Counsel
indicates that the schedules of both Counsel necessitate the sentencing be rescheduled.
However, Counsel does not wish to extend the sentencing hearing due to defendant's
sentencing range totaling 0-6 months.  The Government and US Probation do not object
to the relief requested.  The Court, having considered the motion, finds good cause and
will grant the relief requested as outlined below.

Accordingly, it is now **ORDERED:**

The Unopposed Motion to Advance Sentencing (Doc. 26) is **GRANTED**.  The
sentencing hearing will be rescheduled to July 13, 2015 at 10:30 A.M.  The Clerk is
directed to issue a notice rescheduling hearing accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, this July 6, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record